Landon T. Maxwell AZ #038439
Admitted Pro Hac Vice
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85TH Way,
Scottsdale, AZ 85258
Tel: 480-626-1975
Fax: 480-613-7733
Email: lmaxwell@consumerjustice.com

LAW OFFICES OF BLAKE GOODMAN
Blake Goodman
Bar Number: 7436
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 828-4274

*Attorneys for Plaintiffs*
*Jason Kauanui and Melissa Kauanui*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JASON KAUANUI AND MELISSA KAUANUI,<br><br>            Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; FIRST HAWAIIAN BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>            Defendants. | **Case No.:** 1:25-cv-00268-MWJS-WRP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT FIRST HAWAIIAN BANK, ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Jason Kauanui and Melissa Kauanui ("Plaintiffs"), and Defendant First Hawaiian Bank. ("First Hawaiian") have resolved the claims between in this matter. The Parties are in the process of finalizing the terms and performance attendance to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant First Hawaiian Bank only.

Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 13th day of August 2025.

/s/ Landon T. Maxwell
Landon T. Maxwell AZ #038439
Admitted Pro Hac Vice
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85TH Way,
Scottsdale, AZ 85258
Tel: 480-626-1975
Fax: 480-613-7733
Email: lmaxwell@consumerjustice.com

Blake Goodman (SBN: 7436)
LAW OFFICES OF
BLAKE GOODMAN, PC
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 528-4274

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Mari Cervantes*